FILED: February 25, 2014

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 13-2056

(3:11-cv-01721-CMC)

(3:11-cv-03155-CMC)

_____

BABCOCK CENTER, INC.

      Plaintiff - Appellant

v.

UNITED STATES OF AMERICA, acting by and through its agency, The Internal Revenue Service

      Defendant - Appellee

_____

O R D E R

_____

The court extends the briefing schedule as follows:

Appendix due: 04/30/2014

Opening brief due: 04/30/2014

Response brief due: 06/02/2014

Any reply brief: 14 days from service of response brief.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk